1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  JOSEPH LAYFIELD,                    No.  2:23–cv–2540–KJN

12              Plaintiff,              ORDER GRANTING IFP AND
                                        DIRECTING E-SERVICE
13        v.
                                        (ECF No. 2.)
14  COMMISSIONER OF SOCIAL
    SECURITY,
15
              Defendant.
16

17        This case was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1); Fed. R. Civ.

18  P. 72, and E.D. Cal. L.R. 302(c)(15) and Appx. A subsection (j).  Plaintiff requests leave to

19  proceed without prepayment of the filing fee under 28 U.S.C. § 1915.  (ECF No. 2.)

20        Plaintiff's affidavit demonstrates an inability to prepay fees and costs or give security for

21  them, and so is GRANTED.  The Clerk of Court is directed to issue (i) a summons for this case

22  pursuant to Rule 3 of the Supplemental Rules for Social Security actions, (ii) the undersigned's

23  scheduling order for Social Security cases, and (iii) the court's order regarding consent to the

24  jurisdiction of a magistrate judge.

25  Dated:  November 7, 2023

26

27                                      _____
                                        KENDALL J. NEWMAN
28  layf.2540                           UNITED STATES MAGISTRATE JUDGE

                                        1